# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132466(78)

TOLL NORTHVILLE, LTD, and BILTMORE
WINEMAN, LLC,
      Plaintiffs-Appellees,

v

TOWNSHIP OF NORTHVILLE,
      Defendant-Appellant.

_____

SC: 132466
COA: 259021
Wayne CC: 03-326658-CZ

      On order of the Chief Justice, the motion by Michigan Association of Realtors for leave to file a brief *amicus curiae* is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2007

Clerk